EVARISTO LLORENS, Appellant, *v.* JACINTO COSTA et al., Respondents.

(Submitted January 17, 1882 ; decided January 24, 1882.)

*Paul Fuller* for appellant.

*James K. Hill, Wing* and *Shoudy* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

JOHN CLAPP, Jr., Respondent, *v.* WARREN B. SAGE, as Survivor, etc., Appellant.

(Argued January 17, 1882 ; decided January 24, 1882.)

*Nathaniel C. Moak* for appellant.

*Samuel Hand* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.